# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 97 WAL 2024

           Respondent                :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

           v.                       :

                                    :

SHAURICE DUPRE CLARK,          :

                                    :

           Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 2nd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.